| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorton, Nathaniel M. | 2. Court or Organization<br><br>District Court - Massachusetts | 3. Date of Report<br><br>05/01/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States District Court<br>1 Courthouse Way, Suite 3110<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   See Attachment #1 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Gorton, Nathaniel M.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. June 30 | Slade Gorton & Co., Inc., (closely held [ ] seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | | | | reimbursement for lodg ng and travel by train [ ] from Boston to NYC to attend annual N.Y.I.P.L.A. dinner 3/27/09 at Waldorf Astoria |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Slade Gorton & Co., Inc (a MA corporation) (common stock) | A | | N | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Dividend | K | T | | | | | |
| 3. Fidelity Money Market Accounts (POA,trustee)(Att#1,¶4) | B | Dividend | M | T | | | | | |
| 4. Charitable Remainder Trust | E | div.,int. | | | | | | | See Section VIII |
| 5. Coca Cola Co. | | | | | Buy | 02/24/09 | J | | |
| 6. Sysco Corp | | | | | Sold | 02/24/09 | J | C | |
| 7. A T & T, Inc. | | | | | Buy | 04/23/09 | J | | |
| 8. United Technologies Corp. | | | | | Buy | 08/04/09 | J | | |
| 9. Target Corp. | | | | | Sold | 08/04/09 | J | | |
| 10. CVS Corp. | | | | | Sold | 08/04/09 | J | B | |
| 11. Boston Financial Management, Inc. IRA | | None | P1 | T | | | | | |
| 12. Wells Fargo & Co. New | | | | | Sold | 02/25/09 | J | | |
| 13. JPMorgan Chase & Co. | | | | | Sold | 02/25/09 | J | | |
| 14. Hewlett Packard Co. | | | | | Buy | 03/02/09 | K | | |
| 15. Avon Products | | | | | Buy | 03/03/09 | K | | |
| 16. Peabody Energy Corp. | | | | | Sold | 03/06/09 | J | | |
| 17. Financial Select Sector SPDR | | | | | Buy | 04/07/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR Gold Trust | | | | | Buy | 04/21/09 | J | | |
| 19. Avalonbay Communities, Inc. | | | | | Buy | 05/04/09 | J | | |
| 20. FPL Group, Inc. | | | | | Buy | 06/16/09 | J | | |
| 21. Apple Computer | | | | | Sold | 07/15/09 | J | D | |
| 22. Walgreen Company | | | | | Sold | 08/11/09 | K | | |
| 23. American Express Co. | | | | | Buy | 08/11/09 | J | | |
| 24. Avalonbay Communities, Inc. | | | | | Buy (add'l) | 08/11/09 | J | | |
| 25. Teva Pharmaceutical Industries, Ltd. | | | | | Buy | 08/11/09 | K | | |
| 26. Devon Energy Corp. | | | | | Buy | 08/11/09 | K | | |
| 27. Caterpillar, Inc. | | | | | Sold | 08/20/09 | J | | |
| 28. Omnicom Group | | | | | Sold | 10/07/09 | J | | |
| 29. Apple Computer | | | | | Sold (part) | 11/05/09 | K | D | |
| 30. American Express Co. | | | | | Sold | 12/16/09 | J | | |
| 31. Boston Financial Management, Inc. revocable trust | B | Int./Div. | L | T | | | | | See Section VIII |
| 32. Bank of America Corp. | | | | | Sold | 02/03/09 | J | | |
| 33. Coca Cola Co. | | | | | Buy | 02/24/09 | J | | |
| 34. Sysco Corp. | | | | | Sold | 02/24/09 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Caterpillar, Inc. | | | | | Sold | 03/05/09 | J | | |
| 36. American Express Co. | | | | | Sold | 03/05/09 | J | | |
| 37. Peabody Energy Corp. | | | | | Sold | 03/06/09 | J | | |
| 38. Omnicom Group | | | | | Sold | 05/18/09 | J | | |
| 39. Chubb Corp. | | | | | Buy | 08/18/09 | J | | |
| 40. Boston Financial Management, Inc. revocable trust | A | Int./Div. | L | T | | | | | See Section VIII |
| 41. Gilead Sciences | | | | | Sold | 03/06/09 | J | | |
| 42. Abbott Labs | | | | | Buy | 08/04/09 | J | | |
| 43. Teva Pharmaceutical Industries | | | | | Buy (add'l) | 08/04/09 | J | | |
| 44. Financial Select Sector SPDR | | | | | Buy (add'l) | 08/18/09 | J | | |
| 45. Bank of America | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 1 -During 2009 Rocky Bay Trust, a Massachusetts Business Trust, of which the reporting party was a shareholder, and which had owned all of the stock of Slade Gorton & Co., Inc., a Massachusetts corp. ("the Company") was dissolved and ownership of the Company reverted to its stockholders. The reporting party owns the same proportion of stock in the Company as he had owned shares of the Trust. Income of the reporting party reported in Section VII is attributable to his pro rata share of the income of the Company which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders whether or not such income is, in fact, distributed. The value of the stock holdings is appraised biennially by a certified financial analyst.

Line 4 - In 1997 the reporting party ▓▓▓▓ funded a charitable remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Lines 4, 11, 31 and 40 - The assets listed on these lines (and the transactions noted in the lines that follow) are managed by Boston Financial Management, Inc., Boston, MA and consist of stocks and bonds in publicly held companies and equity holdings based on indices listed in Attachment #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Financial Disclosure Report
Nathaniel M. Gorton
May 1, 2010
Attachment #1


I.    Positions


        Position                          Name of Organization/Entity

1.    Stockholder, Clerk/Secretary      Slade Gorton & Co., Inc.,
      and Director                       Boston, MA (closely held
                                         [          ] seafood business) a
                                         MA corporation and successor
                                         of Rocky Bay Trust, a MA
                                         Business Trust, which formerly
                                         owned all of the stock of the
                                         Corporation


2.    Clerk and Director                Cambridge Animal Aid, Inc.
                                         Floral City, FL (non-profit
                                         animal aid organization
                                         managed by reporting party's
                                         [        ]


3.    Member of the Corporation         The New England Home for
                                         Little Wanderers, Boston, MA
                                         (non-profit, private child
                                         welfare agency)

**NOTE: None of the beneficiaries of the following trusts and
accounts of which the reporting party is a trustee (or holds a
power of attorney) is a [          ] of the reporting party and
neither the reporting party nor [          ] has any beneficial
interest in or control over the disposition of assets of such
trusts and accounts.**

4.    Power of Attorney/Trustee         Fidelity money market accounts
                                         (for all stockholders of Slade
                                         Gorton & Co., Inc.,all of
                                         whom are [      ] [        ]
                                         [      ] [                ]-
                                         [    ] of reporting party)

5.  Trustee                         Irrevocable Trust (created in
                                    connection with the estate
                                    plan of the reporting party's

6.  Trustee                         1989 Irrevocable Trust and
                                    Irrevocable Sub S Trust (both
                                    created in connection with the
                                    estate plan of reporting
                                    party's

Financial Disclosure Report
Nathaniel M. Gorton
May 1, 2010
Attachment #2

All of the listed holdings are of common stock unless otherwise noted.

Abbott Labs (stocks & bond)
Air Products & Chemicals, Inc.
American Express Co.
Anadarko Pete Co.
A T & T, Inc.
Automatic Data Processing, Inc.
Avalonbay Communities, Inc.
Avon Products, Inc. (bond)
Chubb Corp.
Cisco Corp.
Citrix Systems, Inc.
Coca Cola Co.
Costco Wholesale Corp.
CVS Corp.
Devon Energy Corp.
Dodge & Cox FDS Intl Stk Fund
Eaton Vance Corp.
Emerson Electric Co.
Exelon Corp.
Exxon-Mobile Corp.
F P L Group, Inc.
Fedex Corp.
Federal Home Loan Bank (bond)
Federal Home Loan Mortgage Corp. (bond)
Financial Select Sector SPDR/ETF
Georgia Power Co. (bond)
Google, Inc.
Hewlett Packard Co. (bond)

IBM Int'l Group (bond)
Johnson & Johnson
Lowes Companies, Inc.
National Rural Utilities (bond)
New York Telephone Co. (bond)
Nike, Inc.
Novo-Nordisk AS ADR-B
Pepsico, Inc.
Pitney Bowes, Inc. (bond)
Powershares Global Water Portfolio
Procter & Gamble Co.
RPM, Inc. (Ohio)
Royce Fund Penn Mut Inv
SBC Communications, Inc. (bond)
Sigma Aldrich Corp.
SPDR Gold Trust
Staples, Inc.
Stryker Corp.
Target Corp.
Teva Pharmaceutical Industries, Ltd.
United Technologies Corp.
Vodafone Group, Inc.
Walgreen Company
WalMart Stores, Inc. (bond)
Western Union Co.

Equity holdings based on indices:
    IShares, Inc. Morgan-Stanley Capital Int'l (MSCI) Pacific Rim ex-Japan Index
    IShares, Inc. MSCI Emerging Market Index
    IShares, Inc. Russell 2000 Index
    IShares Tr EAFE Index